IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                              Case No. 4:20-cv-01085-LPR

**JANA W. THOMPSON**                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgement is entered in the Government's favor in the total amount of $74,233.40 as follows: $34,985.66 in principal; $38,897.74 in accrued interest; and $350 in costs.

Post-judgment interest shall be calculated at a rate of .05% from the date of the entry of the Judgment.  "Interest shall be computed daily to the date of payment" and "compounded annually."[1]

IT IS SO ADJUDGED this 18th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT

---

[1] 28 U.S.C. § 1961(b).